UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REAL PROPERTY LOCATED AT 92/94 VINEDO AVENUE IN PASADENA, CALIFORNIA,<br><br>　　　　Defendant.<br><br>YI WEN WANG,<br><br>　　　　Titleholder. | NO. CV 17-4045 DSF (SSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff and potential claimant Nationstar Mortgage LLC as agent through a power of attorney for New Residential Mortgage LLC ("potential claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Potential claimant has not filed a claim in this case or answered the complaint. However, potential claimant would have filed a claim and answer in this case absent this agreement. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant property. Any potential claimants to the defendant property other than Nationstar Mortgage LLC as agent through a power of attorney for New Residential Mortgage LLC are deemed to have admitted the allegations of the complaint with respect to the defendant property.

2. The United States of America shall have judgment as to the defendant property, and, other than those interests recognized herein, no other person or entity shall have any

right, title or interest therein. The legal description of the defendant property, which property has Assessor Parcel Number 5748-012-023, and more particularly described as follows:

> Lots 6 and 22 of Tract No. 12893, in the City of Pasadena, County of Los Angeles, State of California, as per Map Recorded in Book 245, Page 16 of Maps, in the Office of the County Recorder of said county.

3. The United States is hereby authorized to remove any occupants and/or personal property remaining on the defendant property thirty days after the giving of written notice to any occupants of the defendant property without further order of this Court. The United States shall thereafter sell the property. The proceeds of the sale shall be distributed in the following priority, to the extent proceeds are available:

> a. To the United States for its costs and expenses of the sale;
> b. To the Los Angeles County Assessor and Tax Collector of all unpaid real property taxes assessed against the defendant property to the date of entry of the Judgment of Forfeiture;
> c. To Nationstar Mortgage LLC as agent through a power of attorney for New Residential Mortgage LLC as follows:
> > i. All unpaid principal and interest due under its Note which is secured by the Deed of Trust recorded as Instrument No. 20140838607

|  |  | against the defendant property identifying ONY GLO, INC., DBA OGI MORTGAGE BANKERS as beneficiary, and an Assignment of Deed of Trust recorded as Instrument No. 20170644950 against the defendant property identifying New Residential Mortgage, LLC as assignee as of the date of the closing with respect to Plaintiff's sale of the defendant property; and |
|--|--|--|
|  | ii. | All other fees, costs and advances as provided under the terms of the Note and Deed of Trust, as of the date of the closing with respect to Plaintiff's sale of the defendant property. These fees, costs and advances include, but are not limited to, fees, advances or costs for property taxes, insurance (including for hazard insurance), reasonable attorney fees and costs and fees and costs incurred in protecting potential claimant's security interest; and |
| d. | | The balance shall be paid and forfeited to the United States of America, and such funds shall be disposed of according to law. |

4. Potential claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation,

from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of potential claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Potential claimant has also waived any rights it may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by potential claimant of any liability or wrongdoing.

//

5. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 10/26/17

*Dale S. Fischer*
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Prepared by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section